# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Farnsworth<br><br>    Plaintiff,<br><br>    v.<br><br>Life Insurance Company of North America; The Receivable Management Services Corporation; The Receivable Management Services Corporation Disability Plan,<br><br>    Defendants. | Case No.  4:14-cv-02374-JR<br><br>**ORDER** |

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.  Each side will bear its own attorney's fees and costs.

Dated this 24th day of February, 2015.

_Jacqueline M. Rateau_
Jacqueline M. Rateau
United States Magistrate Judge